# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| DEBORAH BREEN ) | CIVIL ACTION NO.  3:11 cv 01183 (VLB) |
|     Plaintiff ) | |
| ) | |
| v. ) | |
| HOWARD LEE SCHIFF, P.C.; and ) | |
| DISCOVER BANK AKA DFS ) | |
| SERVICES LLC ) | |
|     Defendants ) | SEPTEMBER 6, 2011 |

## APPEARANCE

Please enter my appearance on behalf of LAW OFFICES HOWARD LEE SCHIFF P.C. and

DISCOVER BANK AKA DFS SERVICES, LLC.

                                  PLAINTIFF, DISCOVER BANK and LAW OFFICES
                                  HOWARD LEE SCHIFF P.C.

                                  /s/*Jeanine M. Dumont*_____
                                  Jeanine M. Dumont, Ct05021
                                  Law Offices Howard Lee Schiff PC
                                  Its Attorneys
                                  510 Tolland Street
                                  East Hartford, Connecticut 06108
                                  Telephone (860) 528 9991
                                  Fax (860) 528 7602

## CERTIFICATION OF SERVICE

     I hereby certify that a copy of the foregoing and any attachments hereto were mailed, postage prepaid on SEPTEMBER 6, 2011 to the following counsel of record:

**PLAINTIFF**
DEBORAH BREEN
24 HIGH HILL CIRCLE
MADISON, CT.  06443

                                  /S/*Jeanine M. Dumont*_____
                                  Jeanine M. Dumont

**THIS COMMUNICATION IS FROM A DEBT COLLECTOR.**