# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| DEBORAH BREEN ) | CIVIL ACTION NO.  3:11 cv 01183 (VLB) |
|     Plaintiff ) | |
| ) | |
| v. ) | |
| HOWARD LEE SCHIFF, P.C.; and ) | |
| DISCOVER BANK AKA DFS ) | |
| SERVICES LLC ) | |
|     Defendants ) | SEPTEMBER 6, 2011 |

## ANSWER TO COMPLAINT

Defendants hereby generally deny all of the allegations in the plaintiff's complaint herein.

                            DEFENDANTS, DISCOVER BANK and LAW OFFICES
                            HOWARD LEE SCHIFF P.C.

                            /s/*Jeanine M. Dumont*_____
                            Jeanine M. Dumont, Ct05021
                            Law Offices Howard Lee Schiff PC
                            Its Attorneys
                            510 Tolland Street
                            East Hartford, Connecticut 06108
                            Telephone (860) 528 9991
                            Fax (860) 528 7602

## CERTIFICATION OF SERVICE

I hereby certify that a copy of the foregoing and any attachments hereto were mailed, postage prepaid on SEPTEMBER 6, 2011 to the following counsel of record:

**PLAINTIFF**
DEBORAH BREEN
24 HIGH HILL CIRCLE
MADISON, CT.  06443

                            /S/*Jeanine M. Dumont*_____
                            Jeanine M. Dumont

**THIS COMMUNICATION IS FROM A DEBT COLLECTOR.**